# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cv-00515-TWT
### Coker et al v. C.R. Bard, Inc. et al
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 02/09/2022.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 20:00 P.M.         COURT REPORTER: Diane Peede
TIME IN COURT: 00:30                     DEPUTY CLERK: Jordyn Holder
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Willard Bullock representing Jennifer R. Coker |
| | Willard Bullock representing Joel A. Coker |
| | Kimberly Grant representing Jennifer R. Coker |
| | Kimberly Grant representing Joel A. Coker |
| | Wayne Grant representing Jennifer R. Coker |
| | Wayne Grant representing Joel A. Coker |
| | Elizabeth Helm representing Bard Peripheral Vascular, Inc. |
| | Elizabeth Helm representing C.R. Bard, Inc. |
| | Ramon Lopez representing Jennifer R. Coker |
| | Ramon Lopez representing Joel A. Coker |
| | Richard North representing Bard Peripheral Vascular, Inc. |
| | Richard North representing C.R. Bard, Inc. |
| | James Rogers representing Bard Peripheral Vascular, Inc. |
| | James Rogers representing C.R. Bard, Inc. |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Pretrial conference held at the request of the Court. The Court informed the parties that this case will be removed from the February trial calendar due to their unsatisfactory proposed joint pretrial order. The Court informed the parties of its voir dire process and the time limits to be imposed for each part of the trial. The Court directed the parties to file revised consolidated proposed pretrial order within 60 days in addition to a Consent Order extending the trial deadlines stated on the record. |
| HEARING STATUS: | Hearing Concluded |