IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JENNIFER R. COKER, et al.

    Plaintiff,

v.

C. R. BARD, INC., and BARD
PERIPHERAL VASCULAR, INC.,

    Defendants.

Civil Action No.
1:13-CV-00515-TWT

## STIPULATION OF WITHDRAWAL OF CERTAIN OF PLAINTIFF'S CLAIMS

Pursuant to Fed. Rule Civ. P. 15, and with written consent of the Defendants, Plaintiff Jennifer Coker hereby stipulates and agrees to withdraw and dismiss all of her claims alleged in the Complaint (Doc. 1) **except** her claims for Strict Liability Failure to Warn (Count Three), Negligent Failure to Warn (Count Eight) and her claim for punitive damages and her Complaint is amended accordingly. Plaintiff continues to assert her claims for Strict Liability Failure to Warn (Count Three), Negligent Failure to Warn (Count Eight) and her claim for Punitive Damages.

Respectfully submitted this 6th day of April, 2022.

*/s/ Wayne Grant*
Wayne Grant, Esq.

Georgia Bar No. 305550
**GRANT LAW OFFICE**
Kimberly W. Grant
Georgia Bar No. 591510
Monarch Tower, Suite 2200
3424 Peachtree Road, NE
Atlanta, GA 30326
Telephone: (404) 995-3955
Facsimile: (404) 465-3636
wgrant@waynegrant.com
kgrant@waynegrant.com

*Counsel for Plaintiff*

<u>*/s/ Willard T. Bullock*</u>
Willard T. Bullock, Esq.
Georgia Bar No. 094598
**BULLOCK LAW FIRM, P.C.**
Monarch Tower, Suite 2200
3424 Peachtree Road, NE
Atlanta, GA 30326
Telephone: (404) 913-8383
Facsimile: (404) 465-3636
wbullock@bullocklawfirmpc.com

*Counsel for Plaintiff*

<u>*/s/ Ramon R. Lopez*</u>
Ramon R. Lopez, Esq.
**LOPEX MCHUGH LLP**
120 Vantis Drive, Suite 430
Aliso Viejo, CA 92656
Telephone: (949) 737-1501
Facsimile: (949) 737-1504
rlopez@lopezmchugh.com

*Counsel for Plaintiff*

Consented to by:

/s/ Elizabeth C. Helm
Richard B. North, Esq.
Georgia Bar No. 545599
Elizabeth C. Helm
Georgia Bar No. 289930
Mark R. Nash
Georgia Bar No. 857055
James F. Rogers
South Carolina Bar No. 012942
**NELSON MULLINS RILEY &
SCARBOROUGH LLP**
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
kate.helm@nelsonmullins.com

*Counsel for C.R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Kimberly W. Grant*
Kimberly W. Grant, Esq.
Georgia Bar No. 591510

*Counsel for Plaintiff*