IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER R. COKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　Defendants. | Civil Action No.<br>1:13-CV-00515-TWT<br><br>**Plaintiff's Motion in Limine and Memorandum in Support to Exclude Reference to Failure Rates, Complication Rates, Percentages and Comparative Analysis Beyond Those Produced in Complaint Files**<br><br>**Oral Argument Requested** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO FAILURE RATES, COMPLICATION RATES, PERCENTAGES AND COMPARATIVE ANALYSIS OF INJURIES BEYOND THOSE PRODUCED IN COMPLAINT FILES**

Plaintiff moves in limine for an Order precluding evidence or argument relating to failure rates, complication rates, percentages, or comparative analysis of any injuries that were not produced to Plaintiff during discovery.

1

## MEMORANDUM OF LAW

To date, Bard has only produced to Plaintiff adverse event reports ("AERs") and Medical Device Reports ("MDRs") relating to the following injuries that are associated with its retrievable filters: death, perforation, tilt, fracture, and migration, *i.e.*, injuries relevant to the litigation. In turn, Plaintiff has only been afforded the opportunity to review, evaluate, analyze, and derive relevant raw data from the AERs and MDRs related to the above listed injuries. Therefore, Defendants reference to any injuries, failure rates, complication rates, percentages, or comparative analyses of injuries that are outside the scope of Defendants production to Plaintiff will unfairly prejudice her case and ultimately confuse the jury. As such, Plaintiff respectfully requests that any testimony of injuries or failure rates of injuries not produced in AERs and MDRs to Plaintiff must be excluded from trial under Federal Rules of Evidence 402 and 403.

RESPECTFULLY SUBMITTED this 3rd day of May, 2022.

*/s/ Kimberly W. Grant*
Wayne Grant, Esq.
GA Bar No. 305550
Kimberly W. Grant
GA Bar No. 591510
GRANT LAW OFFICE
Monarch Tower, Suite 2200
3424 Peachtree Road, NE
Atlanta, GA 30326
Telephone: (404) 995-3955

Facsimile: (404) 465-3636
wgrant@waynegrant.com
kgrant@waynegrant.com

*/s/ Willard T. Bullock*
Willard T. Bullock, Esq.
GA Bar No. 094598
BULLOCK LAW FIRM, P.C.
Monarch Tower, Suite 2200
3424 Peachtree Road, NE
Atlanta, GA 30326
Telephone: (404) 913-8383
Facsimile:  (404) 465-3636
wbullock@bullocklawfirmpc.com

*/s Ramon R. Lopez*
Ramon R. Lopez, Esq.
CA Bar No. 86361
rlopez@lopezmchugh.com
Joshua M. Mankoff, Esq.
PA Bar No. 210242
jmankoff@lopezmchugh.com
LOPEZ MCHUGH LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA 92656
Telephone: (949) 737-1501
Facsimile:  (949) 737-1504

*Counsel for Plaintiff*

**Certificate of Compliance**

In accordance with Local Rule 7.1D, this is to certify that this brief has been prepared with one of the fonts and points approved by the Court in LR 5.1B, i.e., 14 point, Times New Roman font, and that the brief does not contain more than 10 characters per inch of type.

This 3rd day of May, 2022.

/s/ *Kimberly W. Grant*
Kimberly W. Grant
Georgia Bar No. 591510
kgrant@waynegrant.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Kimberly W. Grant*
Kimberly W. Grant, Esq.
GA Bar No. 591510

*Counsel for Plaintiff*