# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER R. COKER, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants. | Civil Action No. <br><br> 1:13-CV-00515-TWT |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF FAMILY SUSPECTING POISONING

Bard has no intention of introducing evidence or argument concerning the fact that when Ms. Coker suffered a cardiorespiratory arrest, her family suspected her then-husband, Joel Coker, of poisoning her. Thus, Plaintiff's Motion should be denied as moot.

//

//

//

//

Dated May 10, 2022.          Respectfully submitted,

                                         /s/ *Richard B. North, Jr.*
                                         Richard B. North, Jr.
                                         Georgia Bar No. 545599
                                         Richard.North@nelsonmullins.com
                                         Elizabeth C. Helm
                                         Georgia Bar No. 289930
                                         Kate.Helm@nelsonmullins.com
                                         James F. Rogers (Admitted *Pro Hac Vice*)
                                         Jim.Rogers@nelsonmullins.com
                                         Nelson Mullins Riley & Scarborough, LLP
                                         201 17th Street, N.W., Suite 1700
                                         Atlanta, GA 30363
                                         Telephone: (404) 322-6000
                                         Facsimile: (404) 322-6050

## Certificate of Compliance

In accordance with Local Rule 7.1D, this is to certify that this brief has been prepared with one of the fonts and points approved by the Court in LR 5.1B, i.e., 14 point, Times New Roman font, and that the brief does not contain more than 10 characters per inch of type.

This 10th day of May, 2022.

      /s/ *Richard B. North, Jr.*
Richard B. North, Jr.
Georgia Bar No. 545599
Richard.North@nelsonmullins.com