IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER COKER,<br><br>                    Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD<br>PERIPHERAL VASCULAR, INC.,<br><br>                    Defendants. | Civil Action No.<br><br>1:13-cv-00515-TWT |

**PLAINTIFF JENNIFER COKER'S OMNIBUS RESPONSE TO
DEFENDANTS' MOTIONS *IN LIMINE* [DKT NOS. 149 and 151]**

Plaintiff does not oppose the following motions *in limine* without prejudice:

1. Defendants' Motion *in Limine* to Exclude Dr. Garcia's General Expert Opinions that Were Not Disclosed in Bard's IVC Filter MDL [Dkt. 149]; and,

2. Defendants' Motion *in Limine* to Exclude Evidence or Argument that Plaintiff's Experts Drs. Rogers, Moritz, and Stein were originally retained by Bard (Dkt. 151].

While Plaintiff currently does not intend to offer the evidence defendants seek to exclude (as specified, above), Plaintiff reserves the right to revisit these motions should defendants "open the door" to the relevance of this evidence or for other good cause grounds, before or during trial.

1

DATED this 10th day of May 2022.

Respectfully submitted,

Wayne Grant, GA Bar No. 305550
Kimberly W. Grant, GA Bar No. 591510
GRANT LAW OFFICE
Monarch Tower, Suite 2200
3424 Peachtree Road, NE
Atlanta, GA  30326
Telephone:(404) 995-3955
Facsimile: (404) 465-3636
wgrant@waynegrant.com
kgrant@waynegrant.com

Willard T. Bullock, GA Bar No. 094598
BULLOCK LAW FIRM, P.C.
Monarch Tower, Suite 2200
3424 Peachtree Road, NE
Atlanta, GA  30326
Telephone:(404) 913-8383
Facsimile: (404) 465-3636
wbullock@bullocklawfirmpc.com

By */s/ Ramon R. Lopez*
Ramon R. Lopez (*pro hac vice*)
LOPEZ McHUGH LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA  92656
949-737-1501
rlopez@lopezmchugh.com


*Attorneys for Plaintiff, Jennifer Coker*

2

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1D, this is to certify that this brief has been prepared with one of the fonts and points approved by the Court in LR 5.1B, i.e. 14 point, Times New roman font, and that the brief does not contain more than 10 characters per inch of type.

Dated this 10th day of May, 2022

/s/ Ramon Rossi Lopez
Ramon Rossi Lopez

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of May, 2022, I caused to be served through the ECF system a true and legible copy of the foregoing document upon the following attorneys for defendants:

Richard B. North, Jr.
Matthew B. Lerner
Brandee J. Kowalzyk
Taylor T. Daly
Elizabeth C. Helm
Mark R. Nash
Nelson Mullins Riley & Scarborough
201 17th Street NW, Suite 1700
Atlanta, GA 93363
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
brandee.kowalzyk@nelsonmullins.com
taylor.daly@nelsonmullins.com
kate.helm@nelsonmullins.com
mark.nash@nelsonmullins.com


James F. Rogers
Nelson Mullins Riley & Scarborough
PO Box 11070
1320 Main St., Ste. 1700
Columbia, SC  29211
jim.rogers@nelsonmullins.com


/s/  Ramon Rossi Lopez
Ramon Rossi Lopez