# ATTACHMENT F-2

# Attachment F-2 – Defendants' Witness List

<u>Defendants may have present at trial</u>:

**Robert Carr**
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**Chad Modra**
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**John DeFord***
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**Shari O'Quinn***
Former employee of BPV
May be contacted c/o Nelson, Mullins, Riley & Scarborough LLP
201 17th Street, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**Paul Briant, Ph.D., P.E. (note Defendants identify Dr. Briant only because Plaintiff indicated in the Pretrial Order that if more time is given for trial that she intends to pursue her design claims.  Defendants will not call Dr. Briant if those claims are withdrawn).**
Exponent, Inc.
149 Commonwealth Dr.
Menlo Park, CA 94025

**Piotr Sobieszczyk, M.D.**
Cardiovascular Division
Vascular Medicine Section
Brigham and Women's Hospital
75 Francis Street

1

Boston, MA 02115

**David Fischman, M.D.**
Jefferson Angioplasty Center
111 S. 11th Street, Suite 6210 Gibbon Building
Philadelphia, PA 19107

**Christine Brauer, Ph.D.\*\***
Brauer Device Consultants, LLC
7 Trail House Court
Rockville, Maryland 20850

**David Feigal, M.D.**
11806 Barranca Road
Santa Rosa Valley, CA  93012

**Clement Grassi, M.D.**
18 Sussex Road
Winchester, MA  01890

**Donna-Bea Tillman, Ph.D.\*\***
Brauer Device Consultants, LLC
7 Trail House Court
Rockville, Maryland 20850

**Murray Asch, M.D.\***
66 Downey Drive
Brooklin, Ontario
L1M1J6

**Andre Chanduzsko\***
Current employee of BPV
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**William Cleary**
May be contacted c/o Nelson Mullins Riley & Scarborough LLP

201 17th Street, NW, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**Mary Edwards***
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**Holly Glass***
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**Jack Sullivan***
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**Medhi Syed***
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**Alex Tessmer***
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700, Atlanta, GA 30363
(404) 322-6000

**Scott Trerotola, M.D.***
Consultant to BPV
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
2017 17th Street, NW, Atlanta GA 30363
(404) 322-6000

**John VanVleet***
Former employee of BPV
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Atlanta, GA 30363

(404) 322-6000

**Carol Vierling\***
Former employee of BPV
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Atlanta, GA 30363
(404) 322-6000

**Natalie Wong\***
Current employee of BPV
May be contacted c/o Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Atlanta, GA 30363
(404) 322-6000

**Christopher Morris, M.D.**
Department of Radiology
The University of Vermont Medical Center
111 Colchester Avenue
Burlington, VT 05401

**Stephanie Eaton, M.D.\***
Pulmonary & Critical Care of Atlanta
960 Johnson Ferry Road NE
Suite 500
Atlanta, GA 30342

**Jason Levy, M.D.\***
Northside Radiology
1000 Johnson Ferry Rd.
Atlanta, GA 30342

**John Puskas, M.D.\***
Icahn School of Medicine at Mount Sinai Beth Israel Hospital
1111 Amsterdam Ave
New York, NY 10025

**John Sparti. D.O.\***
Dallas Family Practice Center

318 Main St
Dallas, GA 30132

**All witnesses identified by Plaintiff.**

Bard incorporates their Supplemental Witness Disclosures served on November 18, 2021. (ECF No. 107-8 at 8—75.)

*This witness may testify live or by designated deposition or prior trial testimony.

** Bard will only call one regulatory expert and will identify which one at least 10 days prior to trial